UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

BRETT BUFFINGTON

VERSUS

CIVIL ACTION

NO. 3:16-CV-00156-JJB-RLB

THE BATON ROUGE POLICE
DEPARTMENT & OFFICER CLIFTON
CROUCH

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO DISMISS

On motion of plaintiff, Brett Buffington, and defendants, The Baton Rouge Police Department and Officer Clifford Crouch, in the above entitled and numbered cause, through undersigned counsel, and on suggesting to the Court that all claims have been compromised and settled with The Baton Rouge Police Department and Officer Clifford Crouch, with respect, move that this suit against The Baton Rouge Police Department and Officer Clifford Crouch, be dismissed, with prejudice, with defendants to bear all costs.

Respectfully Submitted:

/s/ Deelee S. Morris
Deelee S. Morris (#28775)
Tedrick K. Knightshead (#28851)
First Assistant Parish Attorney
Telephone:   (225) 389-3114
Facsimile:    (225) 389-8736
Email: dsmorris@brgov.com
*Counsel for The Baton Rouge Police Department and Officer Clifford Crouch*

/s/ Franz Borghardt
Franz Borghardt (#30402)
Law Office of Steven J. Moore, LLC
6513 Perkins Road
Baton Rouge, LA 70808
Telephone: 225-767-7778
Facsimile: 225-757-0106
Email: franz@stevenmoorelaw.com
*Counsel for Brett Buffington*

/s/ Amy E. Newsom
Amy E. Newsom (#30650)
Drew D. Lyons (#36558)
Newsom Law Firm, LLC
4224 Bluebonnet Blvd., Ste. B
Baton Rouge, LA 70809
Telephone: 225-761-8000
Facsimile: 225-761-8500
Email: amy@aenlaw.com
*Counsel for Brett Buffington*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

BRETT BUFFINGTON

VERSUS

CIVIL ACTION

NO. 3:16-CV-00156-JJB-RLB

THE BATON ROUGE POLICE
DEPARTMENT & OFFICER CLIFTON
CROUCH
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss;

**IT IS ORDERED** that the, Joint Motion to Dismiss is hereby **GRANTED** and this matter is hereby **DISMISSED** with prejudice with defendants to bear all costs.

Baton Rouge, Louisiana, this _____ day of _____, 2016.

_____
RICHARD L. BOURGEOIS, JR.
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

BRETT BUFFINGTON

VERSUS

CIVIL ACTION

NO.  3:16-CV-00156-JJB-RLB

THE BATON ROUGE POLICE
DEPARTMENT & OFFICER CLIFTON
CROUCH

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JUDGMENT OF DISMISSAL

Considering foregoing joint motion to dismiss filed in the above entitled and numbered cause:

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's, Brett Buffington's suit against The Baton Rouge Police Department and Officer Clifford Crouch, is hereby **DISMISSED**, with prejudice, with defendants to bear all costs.

Signed in Baton Rouge, Louisiana this _____ day of _____, 2016.

_____
RICHARD L. BOURGEOIS, JR.
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA